GILINSKY FRUIT COMPANY, APPELLANT, V. AMERICAN RAILWAY EXPRESS COMPANY, APPELLEE.

FILED MAY 23, 1930. No. 27156.

*Gaines, McGilton, Van Orsdel & Gaines,* for appellant.

*Brown, Fitch & West, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and EBERLY, JJ., and THOMSEN, District Judge.

PER CURIAM.

This is an action to recover for damages alleged to have been sustained by plaintiff by reason of the careless and negligent handling by defendant of a quantity of strawberries shipped to plaintiff from Ponchatoula, Louisiana. At the conclusion of the testimony the district court for Douglas county sustained defendant's motion for a directed verdict and plaintiff has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.